ACCEPTED
12-13-00050-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/23/2015 5:41:12 PM
CATHY LUSK
CLERK

**LAW OFFICE OF
CHRISTIAN T. SOUZA**

4303 N. Central Expressway
Dallas, Texas 75205

Tel. (214) 862-7462 • Fax (214) 696-0867

souzalawdallas.com

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

1/23/2015 5:41:12 PM

CATHY S. LUSK
Clerk

January 23, 2015

1517 West Front Street
Suite 354
Tyler, Texas 75702

RE:   Cesar Gomez v. State
      Appeal No. 12-13-00050-CR

**Notification concerning TEX. R. APP. P. 48.4**

Dear Ms. Lusk:

I am writing to advise that on this date a copy of the opinion and judgment
in this case were sent, certified mail, return receipt requested, No. 7011 2000
0000 5521 2266 to Appellant at his last known address per the web site of
the Texas Department of Criminal Justice on this date.  I further certify that
a letter was included in which the Appellant was advised that he has the
right to file a pro se Petition for Discretionary Review under Rule 68 within
thirty (30) days of the issuance of the judgment and opinion.

Thank you for your assistance in this matter.

Respectfully,

/s/ Christian T. Souza
Christian T. Souza